UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No. 06-772

UNITED STATES OF AMERICA v. <u>DESHAWN WINSTON</u>
 Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Deshawn Winston**, SBI# 923928B, and D.O.B. 02/22/74. is now confined in South Woods State Prison.

2. **Deshawn Winston** will be required at the <u>United States District Court</u> before the <u>Honorable Katharine S. Hayden</u> on <u>Tuesday, May 13, 2008</u>, at <u>2:00 p.m.</u> for a <u>Conference</u> in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED: May 7, 2008           <u>s/ R. Joseph Gribko</u>
                             R. Joseph Gribko
                             Assistant United States Attorney
                             Petitioner - 973-645-2765

---

ORDER FOR WRIT:  Let the Writ Issue.

DATED:                       _____
                             HON. KATHARINE S. HAYDEN
                             UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the South Woods State Prison.
We Command You that you have the body of **Deshawn Winston** (by whatever name called or charged) now confined in <u>New Jersey State Prison</u> brought to the <u>United States District Court before the Honorable Katharine S. Hayden, Newark, New Jersey</u> on <u>Tuesday, May 13, 2008</u> at <u>2:00 p.m.</u>, for <u>Sentencing</u> in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden,
United States District Judge at Newark, N.J.

DATED:                       WILLIAM T. WALSH
                             Clerk of the U.S. District Court
                             for the District of New Jersey

                        Per: _____
                             Deputy Clerk